UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.09-12761
HON. PATRICK J. DUGGAN

FACTORY MUTUAL INSURANCE CO., ET.AL,

    Plaintiff(s),

-v-

WESTPORT INSURANCE CORP., ET.AL

    Defendant(s).
_____/

### ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on <u>May 17, 2010.</u>

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

The Plaintiffs having filed a response to the Order to Show Cause indicating defendants have beenserved; therefore

IT IS ORDERED that the Court's Order to Show Cause as to why this case should not be dismissed for failure to serve defendants be and the same is hereby **SET ASIDE.**

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: May 17, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 17, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager