UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FACTORY MUTUAL INSURANCE COMPANY,
AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY, ACE INA INSURANCE,
CERTAIN UNDERWRITERS AT LLOYDS OF
LONDON SUBSCRIBING TO POLICY NUMBERS
B0823WB0701060 AND B0823WB0701018,
WIENER STADTISCHE VERSICHERUNG AG           Case No. 09-12761
a/k/a VIENNA INSURANCE GROUP,and            Hon. Patrick J. Duggan
AMERICAN HOME ASSURANCE COMPANY,
AS SUBROGEES OF DECOMA INTERNATIONAL
OF AMERICA, LTD. AND DECOMA
INTERNATIONAL OF AMERICA, INC.

       Plaintiffs,

-vs-

WESTPORT INSURANCE CORPORATION
d/b/a INDUSTRIAL RISK INSURERS
and GENERAL SECURITY INDEMNITY
COMPANY OF ARIZONA,

    Defendants.

| | |
|---|---|
| DANIEL J. SEYMOUR (P38908) | MICHELE A. CHAPNICK (P48716) |
| Attorney for Plaintiffs | Attorney for Defendant |
| Nagi, Baxter & Seymour, PC | Gregory and Meyer, PC |
| 155 West Congress | 340 E. Big Beaver Road |
| Suite 300 | Suite 520 |
| Detroit, MI 48226 | Troy, MI 48083 |
| (313) 964-2040 | (248) 689-3920 |
| | |
| MICHAEL L. FORAN | WILLIAM G. ZIEDEN-WEBER |
| Co-Counsel for Plaintiffs | GREGORY SMITH |
| (Admission Pending) | Co-Counsel for Defendant |
| Foran, Glennon, Palandech | (Admission Pending) |
| 222 North LaSalle Street | Clausen Miller, PC |
| Suite 1400 | One Chase Manhattan Plaza |
| Chicago, IL 60601 | New York, NY 10005 |
| (312) 863-5000 | (212) 805-3921 |

**STIPULATION TO DISMISS WITH PREJUDICE**

NOW COME Plaintiffs, and Defendant Westport Insurance Corporation and General Security Indemnity Company of Arizona, the only parties having appeared in this action, and by and through their respective attorneys stipulate and agree that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this lawsuit be dismissed with prejudice and without costs, all matters in controversy having been compromised and settled.

    Foran Glennon Palendech Ponzi & Rudloff, PC

    Attorneys for Factory Mutual Insurance Company, American Guarantee and Liability Insurance Company, ACE INA Insurance, Certain Underwriters at Lloyds of London Subscribing to Policy Numbers B0823WB0701060 and B0823WV0701018, Wiener Stadtische Versicherung AG a/k/a Vienna Insurance Group, American Home Assurance Company, and Decoma International of America, Inc.

    BY:   /s/ Michael L. Foran
        Michael L. Foran
        Foran Glennon Palendech Ponzi & Rudloff, PC
        222 North LaSalle Street, Suite 1400
        Chicago, Illinois 60601
        PH:  (312) 863-5000
        FX:  (312) 863-5099

    Clausen Miller, PC

    Attorneys for Westport Insurance Corporation d/b/a Industrial Risk Insurers & General Security Indemnity Company of Arizona

    BY:   /s/ Alexander X. Saunders
        Alexander X. Saunders
        Clausen Miller, PC
        One Chase Manhattan Plaza
        New York, NY 10005
        PH:  (212) 805-3900
        FX:  (212) 805-3939

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MICHIGAN
                    SOUTHERN DIVISION
```

FACTORY MUTUAL INSURANCE COMPANY,
AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY, ACE INA INSURANCE,
CERTAIN UNDERWRITERS AT LLOYDS OF
LONDON SUBSCRIBING TO POLICY NUMBERS
B0823WB0701060 AND B0823WB0701018,
WIENER STADTISCHE VERSICHERUNG AG           Case No. 09-12761
a/k/a VIENNA INSURANCE GROUP,and            Hon. Patrick J. Duggan
AMERICAN HOME ASSURANCE COMPANY,
AS SUBROGEES OF DECOMA INTERNATIONAL
OF AMERICA, LTD. AND DECOMA
INTERNATIONAL OF AMERICA, INC.

       Plaintiffs,

-vs-

WESTPORT INSURANCE CORPORATION
d/b/a INDUSTRIAL RISK INSURERS
and GENERAL SECURITY INDEMNITY
COMPANY OF ARIZONA,

       Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court held in the United Stated Strict Court for the Eastern District of Michigan, in Detroit, MI on January 27, 2011.

Present: HON. PATRICK J. DUGGAN
District Court Judge

Following review of the Stipulation of the Plaintiffs and Defendants Westport Insurance Corporation and General Security Indemnity Company of Arizona, the only parties having appeared in this action, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that pursuant to Rule 41 of the Federal Rules of Civil Procedure, this lawsuit be dismissed with prejudice and without costs, all matters in controversy having been compromised and settled.

This resolves the last pending claim and closes the case.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge
Dated: January 27, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 27, 2011, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager